**FILED**

**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 674**

In the Matter of                                      Case Number:

Patricia Finegan v. The Prudential Ins. Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE KENDALL**
**MAGISTRATE JUDGE VALDEZ**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

**J. N.**

| | |
|---|---|
| NAME (Type or print)<br>Edna S. Bailey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*/s/Edna S. Bailey* | |
| FIRM    Wilson Elser Moskowitz Edelman & Dicker LLP | |
| STREET ADDRESS   120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)         TELEPHONE  NUMBER<br>6277775                                                          (312) 704-0550 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

462110.1