IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA FINEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 C 674 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Virginia M. Kendall |
| THE PRUDENTIAL INSURANCE | ) | Magistrate Judge Maria Valdez |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, the 7th of February, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall or any Judge sitting in her stead, in the courtroom usually occupied by her, and present the attached PLAINTIFF'S MOTION FOR REMAND, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois          /s Mark D. DeBofsky
       February 1, 2008              Mark D. DeBofsky
                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

TO:   Daniel J. McMahon and Edna S. Bailey
       Wilson, Elser, Moskowitz, Edelman & Dicker LLP
       120 North LaSalle Street, Suite 2600
       Chicago, Illinois 60602

The undersigned attorney hereby certifies that on April 10, 2007, he electronically filed the foregoing PLAINTIFF'S MOTION FOR REMAND with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Daniel J. McMahon & Edna S. Bailey, the above named attorneys, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                  /s Mark D. DeBofsky
DALEY, DE BOFSKY & BRYANT   Mark D. DeBofsky
55 W Monroe Street, Ste 2440      Attorney for Plaintiff
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778