IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA FINEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 674 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Virginia M. Kendall |
| THE PRUDENTIAL INSURANCE | ) | Magistrate Judge Maria Valdez |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### EXHIBITS TO PLAINTIFF'S MOTION TO REMAND

Now comes the Plaintiff, PATRICIA FINEGAN, by her attorneys, MARK D. DE BOFSKY, GREGORY A. BENKER and DALEY, DE BOFSKY & BRYANT, and present the attached exhibits to PLAINTIFF'S MOTION FOR REMAND, copies of which are attached.

Respectfully submitted,

/s/ Gregory A. Benker
One of the attorneys for plaintiff

Gregory A. Benker
Daley, DeBofsky & Bryant
55 W. Monroe St. Suite 2440
Chicago, Illinois 60603
(312) 372-5200

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following:

Daniel J. McMahon
Edna S. Bailey
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602

/s/ Gregory A. Benker
Gregory A. Benker
Illinois Bar No. 06289039
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 Fax