24. Identify and describe in detail any income sources and amounts for each year since January 1, 2001, including in your response all documents supporting, relating to or evidencing the facts you identified and all persons with knowledge thereof.

**ANSWER:** Plaintiff's income is reported on the claim forms ($5,037.21).

25. Identify what you contend to be the monthly amount of long-term disability ("LTD") benefits payable under the policy.

**ANSWER:** Sixty percent of Plaintiff's salary ($3,022.33).

26. Identify, as of October 5, 2007, the amount of attorney's fees you incurred in connection with your claim for LTD benefits under the policy.

**ANSWER:** Plaintiff has incurred approximately five thousand dollars in attorneys' fees as of October 5, 2007.


Pursuant to §1-109 of the Code of Civil Procedure, the undersigned declares under penalty of perjury that the foregoing is true and correct.

Dated: 1/4/20 08

Patricia Finegan

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe, Suite 2440
Chicago, IL 60603
(312)372-5200
FAX (312) 372-2778
mdebofsky@ddbchicago.com

10