UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Patricia Finegan
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−00674

                                                               Honorable Virginia M. Kendall

The Prudential Insurance Company of America
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Motion hearing held. The fully−briefed Motion for Remand [7] is taken under advisement. The Court will rule by mail. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.