IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PATRICIA FINEGAN, ) | |
| ) | |
| Plaintiff, ) | Case No.  08 C 674 |
| ) | |
| v. ) | |
| ) | Hon. Judge Virginia M. Kendall |
| THE PRUDENTIAL INSURANCE ) | Magistrate Judge Maria Valdez |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff, PATRICIA FINEGAN ("Plaintiff") and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant") (collectively "the parties"), by and through their respective attorneys, hereby submit this Joint Initial Status Report to this Court and state as follows:

1. <u>Attorneys of Record</u>.  The attorneys for Plaintiff are Mark D. DeBofsky, the lead attorney expected to try the case, and Gregory A. Benker of Daley, DeBofsky & Bryant, 55 W. Monroe St. Suite 2440, Chicago, Illinois 60603.  The attorney for Defendant is Edna S. Bailey of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2600, Chicago, Illinois 60602.

2. <u>Basis for Federal Jurisdiction</u>:  As determined by order of this Court dated April 18, 2008, this Court has original jurisdiction as it has found that there exists diversity of citizenship among all parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. <u>Nature of the Claim and Expected Counterclaim</u>.  Plaintiff's claim alleges a common law claim for breach of contract in relation to the termination of the payment of long term disability benefits by the Defendant under a group insurance policy issued to the plaintiff's employer, the Board of Education for the City of Chicago, to provide monthly disability income benefits to employees who meet the definition of disability under the Policy.  Plaintiff's suit against Defendant is brought in two counts.  Count I alleges breach of contract, while Count II alleges unreasonable and vexatious delay and seeks penalties and attorneys' fees pursuant to §155 of the Illinois Insurance Code (215 ILCS 5/155).  The Defendant has not brought any counterclaims against the Plaintiff.

4. <u>Service</u>.  All parties have been properly served and no additional parties are expected to be joined.

5. <u>Principal Legal and Factual Issues</u>.  The principal issues in this case are first whether Defendant's decision to terminate Plaintiff's benefits based on its determination that she has retained sedentary work ability as well as based on the "Mental Illness" and "Self-reported Symptoms" policy exclusions constitutes a breach of the contract given the medical and vocational evidence in support of Plaintiff's disability.  Next, whether Defendant's conduct in failing to pay benefits to Plaintiff was unreasonable and vexatious given the evidence.

6. <u>Request for a Jury Trial</u>.  The parties have demanded a jury trial in this case.

7. <u>Discovery undertaken to date and any anticipated in the future</u>.  On December 4, 2007, Defendant served upon Plaintiff Rule 213(F)(1),(2) and (3) Interrogatories to Plaintiff and a First Request for Production of Documents.  Prudential filed an answer to the complaint and affirmative defenses on December 20, 2007 with the Circuit Court of Cook County, Illinois.  On January 4, 2008, Plaintiff answered the Defendant's Rule 213(F)(1),(2) and (3) Interrogatories to

Plaintiff and a First Request for Production of Documents. No further discovery has taken place since this case has been removed to this Court. The parties anticipate additional discovery and request that a discovery schedule be set. As an initial matter the parties request that this court allows Rule 26(a)(1) disclosures to be exchanged by May 30, 2008. Additional discovery is anticipated including, but not limited to, Plaintiff's Interrogatories to Defendant and Plaintiff's Request for Production of Documents. Furthermore, Plaintiff may issue subpoenas for depositions for the physician reviewer who participated in the denial of Plaintiff's claim once the identity of that doctor is known. Furthermore, Plaintiff may depose those employees of Defendant involved in the initial and the appeal denial of Plaintiff's claim in relation to Plaintiff's claims alleging breach of contract and a violation of 215 ILCS 5/155. It is expected that these depositions will need to take place out of state. Defendant anticipates issuing subpoenas for updated medical records, possibly requesting that Plaintiff submit to a Rule 35 Medical Examination and deposing her treating physicians as well as Plaintiff herself.

      8. <u>Expected Earliest Trial Date</u>. The parties expect to have completed discovery, have filed dispositive motions (Defendant anticipates filing same at a minimum with regard to the question as to whether the termination implicates Section 155 of the Illinois Insurance Code) and be prepared for trial by January 31, 2009.

      9. <u>Consent to proceed before the Magistrate Judge</u>. The parties at this time do not consent to proceed before Magistrate Judge Maria Valdez but may revisit the issue.

      10. <u>Settlement Discussions.</u> The parties have commenced settlement discussions and anticipate to continue same. A settlement conference might become appropriate as the negotiations progress.

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory A. Benker_____ | /s/ Edna S. Bailey_____ |
| One of the attorneys for Plaintiff | Attorney for Defendant |
| | |
| Gregory A. Benker | Edna S. Bailey |
| Daley, DeBofsky & Bryant | Wilson, Elser, Moskowitz, Edelman |
| 55 W. Monroe St. Suite 2440 | & Dicker LLP |
| Chicago, Illinois 60603 | 120 North LaSalle Street, Suite 2600 |
| (312) 372-5200, | Chicago, Illinois 60602 |

## CERTIFICATE OF SERVICE

  I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following:

Edna S. Bailey
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602

            /s/ Gregory A. Benker_____
            Gregory A. Benker
            Daley, DeBofsky & Bryant
            55 W. Monroe St., Suite 2440
            Chicago, Illinois 60603
            (312) 372-5200
            (312) 372-2778 Fax