**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Patricia Finegan

                                                  Plaintiff,

v.                                                          Case No.: 1:08−cv−00674

                                                                     Honorable Virginia M. Kendall

The Prudential Insurance Company of America

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. Fact discovery ordered closed 8/1/2008. Dispositive motions due 9/5/2008; responses due 10/3/2008; replies due 10/17/2008. Case is referred to Magistrate Judge Valdez for settlement conference. Status hearing set for 8/4/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.