UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Patricia Finegan

                          Plaintiff,

v.                                                   Case No.: 1:08−cv−00674

                                                         Honorable Virginia M. Kendall

The Prudential Insurance Company of America

                                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference. (kw, )Mailed notice.


Dated: April 25, 2008

                                                                     /s/ Virginia M. Kendall

                                                                     United States District Judge