# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Patricia Finegan

                                          Plaintiff,

v.                                                              Case No.: 1:08−cv−00674

                                                                         Honorable Virginia M. Kendall

The Prudential Insurance Company of America

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

       MINUTE entry before Judge Honorable Maria Valdez:This case has been referred to Judge Valdez to conduct a settlement conference. Judge Valdez requires full compliance with the enclosed standing order before conducting a settlement conference. The parties shall jointly contact the courtroom deputy, Yolanda Pagan, at 312/408−5135 with mutually agreeable dates or appear at 9:30 a.m. on 5/15/08 to set a settlement conference date. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.