IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA FINEGAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 674 |
| ) | |
| v. ) | |
| ) | Hon. Judge Virginia M. Kendall |
| THE PRUDENTIAL INSURANCE ) | Magistrate Judge Maria Valdez |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED and agreed to by and between the parties hereto that all matters in controversy having been resolved; that this matter be dismissed with prejudice and without costs.

/s/ Mark D. DeBofsky
Mark D. DeBofsky
Daley, DeBofsky, & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200

/s/ Edna S. Bailey
Edna S. Bailey
Wilson Elser
120 N. LaSalle St.
Chicago, Illinois 60602
(312) 704-0500

## **CERTIFICATE OF SERVICE**

Mark D. DeBofsky, the attorney, hereby certifies that on July 22, 2008, he served a copy of Stipulation to Dismiss by CM/ECF to all parties of record.

/s/ Mark D. DeBofsky
Mark D. DeBofsky